Collyer, as Administrator of Elizabeth Collyer, Respondent, Pay Money into Court.— Order of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Felix Januszewicz, Respondent, v. Charles K. Leicht, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Sidney Johnson, Appellant, v. Christian C. Vogelsang, Respondent.— Order of the County Court of Nassau county affirmed, without costs. No opinion. Woodward, Gaynor and Rich, JJ., concurred; Jenks and Hooker, JJ., dissented.

Charles Millang, Respondent, v. Solon L. Frank, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Henrietta A. Mittnacht, Respondent, v. Jacob A. Mittnacht, as Substituted Trustee, etc., of Frances A. Croft and Administrator, etc., Defendant, and Grace L. Van Norden and Grace F. Bussey, as Administratrix, with the Will Annexed of William G. Bussey, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William J. Moran, Appellant, v. Daniel Culhane, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

James S. Morton, Respondent, v. New York City Railway Company, Appellant. (Action No. 1.) — Appeal withdrawn on consent, with costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Fullerton Wells, Respondent, v. New York City Railway Company, Appellant. (Action No. 1.) — Appeal withdrawn on consent, with costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. James Ranelli, Appellant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. The Empire City Trotting Club, Appellant, v. The State Racing Commission and James W. Wadsworth and Others, Respondents.— There is no discretion in the court to grant a writ contrary to law. Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. The Empire City Trotting Club, Appellant, v. The State Racing Commission and James W. Wadsworth and Others, Respondents.— Motion for stay denied. Hooker, Gaynor and Miller, JJ., concurred; Jenks and Rich, JJ., dissented.

The People of the State of New York ex rel. A. A. White v. James A. Betts, as a Justice of the Supreme Court Holding a Special Term Thereof.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Alfred H. Reeves, Respondent, v. Timothy D. Sullivan and Others, Appellants.— Motion to resettle order granted and proceedings referred to John Hill Morgan, Esq. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.